IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY ELLIOT, derivatively on behalf of ENERGY TRANSFER LP,<br><br>   Plaintiff,<br><br>   vs.<br><br>LE GP, LLC, KELCY L. WARREN, THOMAS E. LONG, MARSHALL S. MCCREA, III, BRADFORD D. WHITEHURST, JOHN W. MCREYNOLDS, STEVEN R. ANDERSON, RICHARD D. BRANNON, RAY C. DAVIS, MICHAEL K. GRIMM, JAMES R. PERRY, MATTHEW S. RAMSEY, and RAY WASHBURNE<br><br>   Defendants,<br><br>   and<br><br>ENERGY TRANSFER LP,<br><br>   Nominal Defendant. | Case No. 3:22-cv-1527-JJB<br><br>Judge Jane J. Boyle |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all of the defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that Defendants have neither answered the complaint nor filed a motion for summary judgment.

Defendants consent to the dismissal without prejudice and to each party bearing its own costs and fees.

Dated: August 9, 2022.                    Respectfully Submitted,

**COCHRAN LAW PLLC**

By:   /s/ *Stuart L. Cochran*
Stuart L. Cochran
8140 Walnut Hill Ln., Suite 250
Dallas, Texas 75231
Telephone: (469) 333-3405
Facsimile: (469) 333-3406
Email: stuart@scochranlaw.com

*Liaison Counsel for Plaintiff*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, a true and correct copy of the foregoing document was served by CM/ECF to *Counsel for Defendants Energy Transfer LP and LE GP LLC* the parties registered to the Court's CM/ECF system:

Michael C. Holmes
Craig E. Zieminski
Robert Ritchie
**VINSON & ELKINS LLP**
Trammel Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
Email: mholmes@velaw.com
jjohnston@velaw.com
rritchie@velaw.com

   /s/ *Stuart L. Cochran*
Stuart L. Cochran